We believe we cannot come to a unanimous decision. Do you have any suggestions? How should we proceed?

foreperson

9

COURT'S EXHIBIT NO. A IDENTIFICATION/EVIDENCE DKT. # ___ DATE: ___

We still cannot reach a unanimous verdict without violating the conscientious opinions of some individuals

Foreperson

COURT'S
EXHIBIT NO. _____
IDENTIFICATION/EVIDENCE
DKT. # _____
DATE: _____

We cannot reach a unanimous decision and we cannot see the possibility of reaching a unanimous through further discussion.

foreperson

COURT'S
EXHIBIT NO. C
IDENTIFICATION/EVIDENCE
DKT. #
DATE: