Elisa J. Dozono, OSB No. 063150
elisa.dozono@millernash.com
Vanessa L. Triplett, OSB No. 154387
vanessa.triplett@millernash.com
MILLER NASH GRAHAM & DUNN LLP
3400 U.S. Bancorp Tower
111 S.W. Fifth Avenue
Portland, Oregon  97204
Telephone:  503.224.5858
Facsimile:  503.224.0155

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| CONSTANCE GEORGE, | Case No. 3:15-cv-01277-SB |
| Plaintiff, | PLAINTIFF'S LAY WITNESS LIST |
| v. | |
| HOUSE OF HOPE RECOVERY; BRIDGES TO CHANGE, INC.; WASHINGTON COUNTY DEPARTMENT OF HOUSING SERVICES, and PATRICIA BARCROFT, | |
| Defendants. | |

Page 1 -    Plaintiff's Lay Witness List

4833-3248-6236.5

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
TELEPHONE: 503.224.5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON  97204

In accordance with this Court's Civil Trial Management Order (ECF 90) dated November 30, 2017, plaintiff, Constance George, identifies the following individuals as witnesses that she may call at trial:

## WITNESSES

1. Name:            Constance George
   Address:         16865 N.W. Avondale Drive,
                    Beaverton, Oregon 97006
   Occupation:      Not currently employed
   Estimated Time:  2-3 hours
   Subject Matter of Testimony:

   Ms. George will testify about how she came to live at House of Hope. Ms. George will testify that defendants terminated her tenancy after she made complaints about defendants' race-related comment and defendants' policies that required her to attend religious meetings, among other issues. Ms. George will testify that she was evicted after requesting to be excused from one of defendants' meetings because she, an African-American, felt ill, while a similarly situated white resident was both excused from the meeting and not evicted. Ms. George will testify about her work history, and the economic and noneconomic damages she suffered because of defendants' discriminatory actions.

2. Name:            Sharon Davis
   Address:         Unknown
   Occupation:      Unknown
   Estimated Time:  1 hour
   Subject Matter of Testimony:

   Ms. Davis will testify that she was Ms. George's roommate at House of Hope. Ms. Davis will testify that she was excused from attending the 12-step meeting when she called in sick on March 19, the same day that Ms. George was evicted. Ms. Davis will testify that her illness was not called into question and that she was not evicted.

/ / /

Page 2 -   Plaintiff's Lay Witness List

4833-3248-6236.5

3.    Name:              Kelsey Richardson
       Address:         Unknown
       Occupation:     Unknown
       Estimated Time:  1 hour
       Subject Matter of Testimony:

Ms. Richardson will testify that she was the senior resident at House of Hope during Ms. George's tenancy. Ms. Richardson will testify that Ms. George was evicted by defendants for not attending a meeting because of illness while a similarly situated white resident was both excused and not evicted. Ms. Richardson will testify that she witnessed the interaction between defendants and Ms. George when she was told to leave. Ms. Richardson will testify that she told Ms. George's fiancé, James Matthews, that she didn't think it was right that Ms. George was being evicted.

4.    Name:              Nancy Ferry
       Address:         Unknown
       Occupation:     Unknown
       Estimated Time:  1 hour
       Subject Matter of Testimony:

Ms. Ferry will testify that she told Ms. George that she would not have to attend any religious meetings at House of Hope. Ms. Ferry will testify about conversations she had with Ms. George on March 13, 2013, in which Ms. George complained about (1) Ms. Barcroft's statements about race; (2) the lack of essential supplies in the house (e.g., toilet paper); (3) the requirement to attend defendants' religious meetings; and (4) being confined to the property for two weeks and the resulting difficulties in being able to actively seek employment. Ms. Ferry will testify about the conversation she had on March 19, 2013, with defendants, Autumn Ray and Ms. George regarding her complaints and the agreed-upon resolution of that discussion. Ms. Ferry will testify regarding conversations she had with Ms. George after her eviction regarding finding alternative housing.

/ / /

5.  Name:           Patricia Barcroft
    Address:        3056 N.W. 160th Court
                    Beaverton, Oregon  97006
    Occupation:     House of Hope Director
    Estimated Time: 2 hour
    Subject Matter of Testimony:

Ms. Barcroft will testify that she is the director of House of Hope Recovery in 2013.  Ms. Barcroft will testify that Ms. Ferry set up an interview for Ms. George with Ms. Barcroft on March 5, 2013; Ms. Barcroft will testify about that interview.  Ms. Barcroft will testify that Ms. George moved into House of Hope on March 10, 2013.  Ms. Barcroft will testify about Ms. George's compliance with House of Hope policies.  Ms. Barcroft will testify about the conversation with Ms. Ferry, Ms. George, and Ms. Ray during the March 19, 2013, meeting about Ms. George's complaints and the agreed upon resolution of that meeting.  Ms. Barcroft will testify that Ms. George asked to be excused from the 12-step meeting on March 19, 2013, because Ms. George was feeling ill and that she was not excused.  Ms. Barcroft will testify that she confronted Ms. George on March 19, 2013 and notified Ms. George that she was to be evicted from her residence.

6.  Name:           Autumn Ray
    Address:        3056 N.W. 160th Court
                    Beaverton, Oregon  97006
    Occupation:     Employee at House of Hope
    Estimated Time: 1 hour
    Subject Matter of Testimony:

Ms. Ray will testify that she was an employee of defendants during Ms. George's tenancy with defendants.  Ms. Ray will testify that she was sick during much of the time of Ms. George's tenancy.  Ms. Ray will testify about providing Ms. George with a copy of House of Hope's policies and her instructions to Ms. George.  Ms. Ray will testify about Ms. George's compliance with House of Hope policies.  Ms. Ray will testify that she was present at the March 19, 2013, morning meeting with defendants, Ms. Ferry, and Ms. George, and about the complaints Ms. George had raised to Ms. Ferry before that meeting and the agreed upon

resolution of that discussion. She will testify that Ms. George called her in the afternoon of March 19, 2013, asking to be excused from the 12-step meeting because she was feeling ill and that Ms. George was not excused. Ms. Ray will testify that she received a similar call from Ms. Davis and that Ms. Davis was excused.

7.     Name:     James Matthews
       Address:     2131 Quince Street, Apt. 1
                     Forest Grove, Oregon, 97116
       Occupation:     Unknown
       Estimated Time:     1 hour
       Subject Matter of Testimony:

Mr. Matthews will testify that he is Ms. George's former fiancé, that he was engaged to her during her tenancy with defendants, and that he lived with her after her tenancy with defendants. Mr. Matthews will testify about Ms. George's mental state before her tenancy with defendants. Mr. Matthews will testify that he picked up Ms. George on the day she was evicted by defendants. Mr. Matthews will testify about Ms. George's mental state after being evicted by defendants, and state that it was one of the reasons for their breakup. Mr. Matthews will testify to Ms. George's attempts to find employment before and after her eviction.

8.     Name:     DeShawn George
       Address:     16865 N.W. Avondale Drive,
                     Beaverton, Oregon 97006
       Occupation:     Unknown
       Estimated Time:     1 hour
       Subject Matter of Testimony:

Mr. George will testify that he is Ms. George's son and that she lived with him before and after her tenancy with defendants. Mr. George will testify about Ms. George's mental state before her tenancy with defendants compared to her mental state after being evicted by defendants. Mr. George will testify to Ms. George's attempts to find employment before and after her eviction, and about her economic and noneconomic damages.

/ / /

9.  Name: Sally Wentz
    Address: Unknown
    Occupation: Unknown
    Estimated Time: 1 hour
    Subject Matter of Testimony:

    Ms. Wentz will testify about Ms. George's therapy sessions after she was evicted by defendants. Ms. Wentz will testify about the Sequoia Medical Health Records.

    Ms. George reserves the right to call other witnesses if relevant to testimony or evidence offered by defendants during their case.

DATED: February 28, 2018.                    MILLER NASH GRAHAM & DUNN LLP

                                             s/ Elisa J. Dozono
                                             Elisa J. Dozono, OSB No. 063150
                                             elisa.dozono@millernash.com
                                             Vanessa L. Triplett, OSB No. 154387
                                             vanessa.triplett@millernash.com
                                             Telephone: 503.224.5858
                                             Facsimile: 503.224.0155

                                             Attorneys for Plaintiff

Page 6 -   Plaintiff's Lay Witness List

4833-3248-6236.5

CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing plaintiff's lay witness list on:

Ms. Rebecca Cambreleng
Cambreleng Law, LLC
806 S.W. Broadway, Suite 1200
Portland, Oregon  97205

Attorney for Defendants House of Hope Recovery
and Patricia Barcroft

by the following indicated method or methods on the date set forth below:

☒ **CM/ECF system transmission.**

☐ **E-mail.**  (Courtesy copy.)

☐ **E-mail.**  As required by Local Rule 5-11, any interrogatories, requests for production, or requests for admission were e-mailed in Word or WordPerfect format, not in PDF, unless otherwise agreed to by the parties.

☐ **First-class mail, postage prepaid.**

☐ **Hand-delivery.**

☐ **Overnight courier, delivery prepaid.**

DATED:  February 28, 2018.

s/ Elisa J. Dozono
Elisa J. Dozono, OSB No. 063150

Of Attorneys for Plaintiff

Page 1 -    Certificate of Service

4833-3248-6236.5