Elisa J. Dozono, OSB No. 063150
elisa.dozono@millernash.com
Vanessa L. Triplett, OSB No. 154387
vanessa.triplett@millernash.com
MILLER NASH GRAHAM & DUNN LLP
3400 U.S. Bancorp Tower
111 S.W. Fifth Avenue
Portland, Oregon  97204
Telephone:  503.224.5858
Facsimile:  503.224.0155

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| CONSTANCE GEORGE, | Case No. 3:15-cv-01277-SB |
| Plaintiff, | PLAINTIFF'S EXHIBIT LIST |
| v. | |
| HOUSE OF HOPE RECOVERY; BRIDGES TO CHANGE, INC.; WASHINGTON COUNTY DEPARTMENT OF HOUSING SERVICES, and PATRICIA BARCROFT, | |
| Defendants. | |

Page 1 -    Plaintiff's Exhibit List

4848-7258-2236.3

In accordance with the Court's Civil Trial Management Order (ECF 90) dated November 30, 2017, Plaintiff, Constance George, by and through her undersigned counsel, respectfully submits the following list of exhibits she may present at trial:

## PLAINTIFF'S EXHIBIT LIST

| Exhibit No. | Description | Bates No. and/or Deposition Ex. | Offered | Received | Reserved |
|---|---|---|---|---|---|
| 1 | House of Hope Policies and Rules | GEORGE 000060-72 | | | |
| 2 | House of Hope Intake Documents for George | HouseofHope0001-13 | | | |
| 3 | Resume of Constance George | GEORGE 000140 | | | |
| 4 | Sequoia Medical Records | SMHS000001-12 | | | |
| 5 | United States Department of Labor, Wage and Hour Division, Changes in Basic Minimum Wages in Non-Farm Employment Under State Law | | | | |
| 6 | Reserved: Providence Medical Center | | | | |
| 7 | Reserved: Mountain View Medical Center | | | | |
| 8 | Reserved | | | | |
| 9 | Reserved | | | | |
| 10 | Reserved | | | | |
| 11 | Demonstrative Exhibit | | | | |
| 12 | Demonstrative Exhibit | | | | |
| 13 | Demonstrative Exhibit | | | | |
| 14 | Demonstrative Exhibit | | | | |
| 15 | Demonstrative Exhibit | | | | |

Page 2 -    Plaintiff's Exhibit List

4848-7258-2236.3

| Exhibit No. | Description | Bates No. and/or Deposition Ex. | Offered | Received | Reserved |
|---|---|---|---|---|---|
| 16 | Impeachment Exhibit | | | | |
| 17 | Impeachment Exhibit | | | | |
| 18 | Impeachment Exhibit | | | | |
| 19 | Impeachment Exhibit | | | | |
| 20 | Impeachment Exhibit | | | | |

DATED:  February 28, 2018

MILLER NASH GRAHAM & DUNN LLP

s/ Elisa J. Dozono
Elisa J. Dozono, OSB No. 063150
elisa.dozono@millernash.com
Vanessa L. Triplett, OSB No. 154387
vanessa.triplett@millernash.com
Telephone:  503.224.5858
Facsimile:  503.224.0155

Attorneys for Plaintiff

Page 3 -    Plaintiff's Exhibit List

4848-7258-2236.3

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing Plaintiff's Exhibit List on:

Ms. Rebecca Cambreleng
Cambreleng Law, LLC
806 SW Broadway, Suite 1200
Portland, Oregon  97205

Attorney for Defendants House of Hope
Recovery and Patricia Barcroft

by the following indicated method or methods on the date set forth below:

☒ **CM/ECF system transmission.**

☐ **E-mail.**  (Courtesy copy.)

☐ **E-mail.**  As required by Local Rule 5-11, any interrogatories, requests for production, or requests for admission were e-mailed in Word or WordPerfect format, not in PDF, unless otherwise agreed to by the parties.

☐ **First-class mail, postage prepaid.**

☐ **Hand-delivery.**

☐ **Overnight courier, delivery prepaid.**

DATED:  February 28, 2018.

        s/ Elisa J. Dozono
Elisa J. Dozono, OSB No. 063150
elisa.dozono@millernash.com

Of Attorneys for Plaintiff

Page 1 -    Certificate of Service

4848-7258-2236.3