IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| CONSTANCE GEORGE, | Case No. 3:15-cv-01277-SB |
| Plaintiff, | **VERDICT** |
| v. | |
| HOUSE OF HOPE RECOVERY and PATRICIA BARCROFT, | |
| Defendants. | |

We, the jury, being first duly empaneled and sworn in this case find as follows:

**CLAIM ONE: FAIR HOUSING ACT**

1. Has Ms. George proved by a preponderance of the evidence that her race was a motivating factor in defendants' decision to terminate her tenancy?

    YES \_\_\_\_\_    NO __X__

2. Has Ms. George proved by a preponderance of the evidence that defendants violated her rights under the Fair Housing Act by subjecting her to different terms and conditions than a white tenant?

    YES \_\_\_\_\_    NO __X__

Page 1 -   Verdict

3. Has Ms. George proved by a preponderance of the evidence that defendants violated her rights under the Fair Housing Act by making a statement with respect to the rental of a dwelling that indicates any preference, limitation, or discrimination based on race?

YES \_\_\_\_\_     NO __X__

### CLAIM TWO:  SECTION 1981 OF THE CIVIL RIGHTS ACT

4. Has Ms. George proved by a preponderance of the evidence that defendants violated her rights under 42 U.S.C. § 1981 by depriving her of the same right enjoyed by white persons to make and enforce a contract?

YES \_\_\_\_\_     NO __X__

5. Has Ms. George proved by a preponderance of the evidence that defendants violated Ms. George's rights under 42 U.S.C. § 1981 because her race was the determinative factor for defendants' decision to terminate her tenancy?

YES \_\_\_\_\_     NO __X__

6. Has Ms. George proved by a preponderance of the evidence that defendants retaliated against Ms. George for making a complaint regarding defendants' disparate treatment of her based on her race?

YES \_\_\_\_\_     NO __X__

*If you answered "YES" to ANY one or more of Questions 1-6, please proceed to Question 7.  If you find that Ms. George's rights were violated by Ms. Barcroft, House of Hope, or both, but that Ms. George failed to prove any actual injury or damage, you may award nominal damages for that violation not to exceed one dollar, instead of actual damages.  Do not award both actual damages and nominal damages.  If you answered "NO" to EACH of Questions 1-6, your verdict is for defendants, and you should answer no further questions.  Please have the presiding juror sign and date this verdict form.  Your deliberations are now complete.*

Page 2 -   Verdict

7. What is the amount of Ms. George's damages, if any, caused by defendants?

    Economic damages    $ _____
    Noneconomic damages    $ _____

**OR**

    Nominal damages    $ _____

8. Did Ms. George prove that she is entitled to recover punitive damages against one or more of the defendants?

    House of Hope    YES _____    NO _____

    Patricia Barcroft    YES _____    NO _____

9. If you answered "Yes" to Question 8, please state the amount in punitive damages that you are awarding:

    House of Hope    $ _____
    Patricia Barcroft    $ _____

*Your deliberations are now complete. Please have the presiding juror sign and date this verdict form.*

DATED this 6th day of April, 2018.

_____
Presiding Juror

Page 3 -    Verdict