IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| CONSTANCE GEORGE, | Case No. 3:15-cv-01277-SB |
| Plaintiff, | JUDGMENT |
| v. | |
| HOUSE OF HOPE RECOVERY et al., | |
| Defendants. | |

**BECKERMAN, Judge.**

This action came on for trial before a jury, Honorable Stacie F. Beckerman presiding, and the issues having been tried and the jury having duly rendered its verdict, JUDGMENT IS HEREBY ENTERED in favor of Defendants House of Hope Recovery and Patricia Barcroft and against Plaintiff Constance George. This action is dismissed.

DATED this 20th day of April, 2018.

_____
Stacie F. Beckerman
United States Magistrate Judge

1 - JUDGMENT