FILED

NOV 21 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| CONSTANCE GEORGE,<br><br>       Plaintiff-Appellant,<br><br> v.<br><br>HOUSE OF HOPE RECOVERY and PATRICIA BARCROFT,<br><br>       Defendants-Appellees. | No.   18-35551<br><br>D.C. No. 3:15-cv-01277-SB<br>District of Oregon,<br>Portland<br><br>ORDER |

Before: Peter L. Shaw, Appellate Commissioner.

The motion to proceed in forma pauperis (Docket Entry No. 3) is granted. The Clerk shall amend the docket to reflect this status.

Upon review of the record, this court has determined that the appointment of pro bono counsel in this appeal would benefit the court's review. The motion for appointment of counsel (Docket Entry No. 3) is granted. The court by this order expresses no opinion as to the merits of this appeal.

The Clerk shall enter an order appointing pro bono counsel to represent appellant for purposes of this appeal only, and establishing a revised briefing schedule. The appeal is stayed pending further order of this court.